

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2014

No. 04-14-00334-CV

**IN THE INTEREST OF A.G., CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01507
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this accelerated appeal, because the notice of appeal was filed on May 7, 2014, the reporter's record was due to be filed no later than May 19, 2014. *See* TEX. R. APP. P. 35.1(b). On June 5, 2014, this court notified court reporter David Zarate that the reporter's record was late, and that he must file either a notification of late record or the reporter's record by June 16, 2014. To date, this court has not received a request for extension of time and the reporter's record has not been filed.

We ORDER court reporter David Zarate to file the reporter's record in this court **not later than TEN DAYS from the date of this order**.

If the reporter's record is not filed as ordered, a show cause order shall issue directing David Zarate to appear on a day certain and show cause why he should not be held in contempt for failing to file the record. *See* TEX. R. APP. P. 35.3(c); *see also* TEX. GOV'T CODE ANN. § 21.002 (West 2004) (authorizing contemnor punishment up to "a fine of not more than $500 or confinement in the county jail for not more than six months, or both such a fine and confinement in jail"); *Johnson v. State*, 151 S.W.3d 193, 195–96 (Tex. Crim. App. 2004) (noting the court's previous action holding a court reporter in contempt for "repeatedly fail[ing] to prepare and file the record" and "order[ing] him incarcerated . . . until the record was finished").

The clerk of this court shall cause a copy of this order to be served on David Zarate by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court